**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MIRANDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. EDCV 11-00903 VAP (OPx)<br><br>ORDER REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

## ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED,** that the Complaint of VICTOR MIRANDA by and between VICTOR MIRANDA ("Plaintiff") in USDC case no. EDCV 11-00903 VAP (OPx) is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: February_20, 2012

_____
Hon. Virginia A. Phillips
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
COMPLAINT FOR DAMAGES